IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES RODGERS, ) | |
| AIS #209894 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-0732-WS-N |
| ) | |
| GARY HETZEL, ) | |
| ) | |
| Respondent. ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 7, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** this 3rd day of November , 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE