IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES RODGERS, | ) | |
| AIS #209894 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-0732-WS-N |
| | ) | |
| GARY HETZEL, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED** with prejudice. Petitioner is not entitled to a certificate of appealability.

**DONE** this 3rd day of November, 2010.

                s/ WILLIAM H. STEELE
                CHIEF UNITED STATES DISTRICT JUDGE